THE HONORABLE RICARDO S. MARTINEZ
Trial Date: August 16, 2021

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN M. KIVLIN,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF BELLEVUE, A municipal corporation, and PATRICK C. ARPIN, and CARL KLEINKNECHT, JOHN DOES NOES. 1 to 2 in their individual and official capacities,<br><br>                Defendants. | No. 2:20-cv-00790 RSM<br><br>STIPULATED MOTION FOR AND ORDER EXTENDING DEADLINE FOR EXPERT DISCLOSURES<br><br>**[CLERK'S ACTION REQUIRED]** |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff John Kivlin and Defendants City of Bellevue that the parties are currently engaged in concerted efforts to resolve this matter without further litigation if possible, particularly in light of changed circumstances in the underlying events. Counsel for the parties are engaged in ongoing negotiations and jointly request that the Court extend the current deadline for disclosure of expert witnesses and reports so the parties do not divert attention and resources to those efforts before determining if resolution is possible. The deadline for disclosure of experts and reports is currently February 17, 2021. Dkt. 8. The parties jointly request the court extend this deadline 45 days to March 30, 2021.

STIPULATED MOTION FOR AND ORDER EXTENDING
DEADLINE FOR EXPERT DISCLOSURES - 1
2:20-cv-00790 RSM

1120-00010/Kivlin stip order ext ddl

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated:  February 17, 2021

PATRICIA S. ROSE EMPLOYMENT LAWYER

*s/Patricia S. Rose*
Patricia S. Rose, WSBA #19046
Attorney for Plaintiff
P.O. BOX 31892
Seattle, WA  98103
Telephone:  (206) 622-8964
Facsimile:  (206) 694-2695
Email:  patty@pattyroselaw.com

Dated:  February 17, 2021

KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Attorneys for Defendants
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
jfreeman@kbmlawyers.com

STIPULATED MOTION FOR AND ORDER EXTENDING
DEADLINE FOR EXPERT DISCLOSURES - 2
2:20-cv-00790 RSM

1120-00010/Kivlin stip order ext ddl

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that the deadline for disclosure of expert witnesses and reports is extended 45 days until March 30, 2021.

DATED this 18th day of February, 2021.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR AND ORDER EXTENDING
DEADLINE FOR EXPERT DISCLOSURES - 3
2:20-cv-00790 RSM
1120-00010/Kivlin stip order ext ddl

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423