The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN . KIVLIN<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF BELLEVUE, et al.<br><br>　　　　　　Defendants. | No. 2:20-cv-00790-<br><br>PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>NOTED FOR  5/14/21 |

Comes now Plaintiff, by and through his attorney of record, PATRICIA S. ROSE, and pursuant to LCR 7(f), does file this motion for an amended and overlength brief in response to Defendant's Motion for Summary judgment. This motion is based on the following facts, certified to by counsel's signature below:

 Defendant has sought dismissal of the entirety of Plaintiff's claims which are numerous and the motion premised on a number of legal theories as opposed to factual ones. However, to

PLAINTIFF'S MOTION
TO FILE OVERLENGTH
BRIEF UNDER LCR 7 - 1

PATRICIA S. ROSE - EMPLOYMENT LAWYER
3417 Evanston Avenue North, #523
Seattle, Washington  98103
206-622-8964
patty@pattyroselaw.com

1  adequately respond requires counsel to provide both detailed legal analysis and an extensive

2  statement of facts outlining Plaintiff's experience and the events giving rise to the litigation.

3  For all of these reasons, Plaintiff seeks to file an overlength brief totaling no more than

4  30 pages.

7  Dated this 11th day of May 2021

**LAW OFFICE OF PATRICIA S. ROSE**

*s/Patricia S. Rose*
Patricia S. Rose, WSBA No. 19046
Attorney for Plaintiff

PLAINTIFF'S MOTION
TO FILE OVERLENGTH
BRIEF UNDER LCR 7 - 2

PATRICIA S. ROSE - EMPLOYMENT LAWYER
3417 Evanston Avenue North, #523
Seattle, Washington  98103
206-622-8964
patty@pattyroselaw.com

## **CERTIFICATE OF SERVICE**

I, Patricia S. Rose, declare under penalty of perjury that on the date below I caused the attached Motion to File Overlength Brief to be filed through ECF and served upon the below-listed parties via the method of service listed below

| Party | Method of Service |
|---|---|
| Defendants<br>c/o  Jayne Freeman<br>Keating et al<br>Attorneys for Defendants | ☐   E-Mail<br>☐   E-Service by court |

Dated this 11th  day of May , 2021.

*s/Patricia S. Rose*

PLAINTIFF'S MOTION
TO FILE OVERLENGTH
BRIEF UNDER LCR 7 - 3

PATRICIA S. ROSE - EMPLOYMENT LAWYER
3417 Evanston Avenue North, #523
Seattle, Washington  98103
206-622-8964
patty@pattyroselaw.com